# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8001          **Short Title:** In Re: Kevin Brown, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Kevin Brown, Theresa Brown, Christopher Blundon, Kimberly Peicker, Mark Peicker, Corrin Wilson, Oleg Goltsov, Brian Harris   as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Kevin S. Hannon
Signature

January 17, 2024
Date

Kevin S. Hannon
Name

Singleton Schreiber
Firm Name (if applicable)

720-704-6028
Telephone Number

1641 N. Downing St.
Address

619-255-1515
Fax Number

Denver, CO 80218
City, State, Zip Code

khannon@singletonschreiber.com
Email (required)

Court of Appeals Bar Number: 1177677

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. 16-8055; 18:2185

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).